UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONFESSOR MONTALVO, | 1:16-cv-01078-DAD-GSA-PC |
| Plaintiff, | **FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS CASE BE DISMISSED, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM** |
| vs. | |
| CDCR PERSONNEL, | **(ECF No. 11.)** |
| Defendants. | **OBJECTIONS, IF ANY, DUE IN FOURTEEN (14) DAYS** |

Confessor Montalvo ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on July 26, 2016. (ECF No. 1.)

On March 27, 2017, the court screened the Complaint under 28 U.S.C. § 1915A and issued an order severing and transferring some of Plaintiff's claims for lack of venue, (ECF No. 9), and an order dismissing the Complaint for violation of Rule 8(a), with leave to amend, (ECF No. 10.) On April 17, 2017, Plaintiff filed the First Amended Complaint. (ECF No. 11.)

On October 5, 2017, the court dismissed the First Amended Complaint for failure to state a claim, with leave to file a Second Amended Complaint within thirty days. (ECF No. 11.) The thirty-day deadline has now expired and Plaintiff has not filed a Second Amended Complaint, or otherwise responded to the court's order. As a result, there is now no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, **IT IS HEREBY RECOMMENDED** that:

1. Pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this case be DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983; and

2. The Clerk be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). **Within fourteen (14) days** from the date of service of these findings and recommendations, Plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **November 29, 2017**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE